IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JEROME HOWARD, | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 3:07-CV-21 (CDL) |
| DON JARRIEL, | * | |
| Respondent. | * | |
| | * | |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on March 10, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 26th day of March, 2008.

                                                    S/Clay D. Land
                                                      CLAY D. LAND
                                                 UNITED STATES DISTRICT JUDGE